# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 19-10853-ELF

FABIOLA THELON

269 GRAMERCY DRIVE

CLIFTON HEIGHTS, PA 19018

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

FABIOLA THELON

269 GRAMERCY DRIVE

CLIFTON HEIGHTS, PA 19018

Counsel for debtor(s), by electronic notice only.

MICHAEL A SIDDONS
230 N. MONROE STREET
P.O. BOX 403
MEDIA, PA 19063-

Date: 5/2/2019

                      /S/ William C. Miller
                      _____
                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee