## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Fabiola Thelon | CHAPTER 13 |
| <u>Debtor(s)</u> | |
| Toyota Lease Trust | |
| <u>Movant</u> | |
| vs. | NO. 19-10853 ELF |
| Fabiola Thelon | |
| <u>Debtor(s)</u> | |
| William C. Miller Esq. | 11 U.S.C. Section 362 |
| <u>Trustee</u> | |

### ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Lease Trust, it is hereby **ORDERED** that

the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362(d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take

possession and sell, lease, and otherwise dispose of the 2016 Toyota Corolla, VIN:

2T1BURHE0GC702420  in a commercially reasonable manner.  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.


**Order entered by default.**


Date:  9/17/19

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**