United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Fabiola Thelon
      Debtor

Case No. 19-10853-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 17, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
db           +Fabiola Thelon,   269 Gramercy Dr.,   Clifton Heights, PA 19018-1108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:
        LEON P. HALLER   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        MICHAEL ALAN SIDDONS   on behalf of Debtor Fabiola  Thelon msiddons@siddonslaw.com, evanfullerlaw@gmail.com;heath@casedriver.com;blake@casedriver.com;becca@casedriver.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                 TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Fabiola Thelon | | CHAPTER 13 |
| <u>Debtor(s)</u> | | |
| Toyota Lease Trust | | |
| <u>Movant</u> | | |
| vs. | | NO. 19-10853 ELF |
| Fabiola Thelon | | |
| <u>Debtor(s)</u> | | |
| William C. Miller Esq. | | 11 U.S.C. Section 362 |
| <u>Trustee</u> | | |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, it is hereby **ORDERED** that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Corolla, VIN: 2T1BURHE0GC702420  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  9/17/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**