IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )Case No. 19-10853-elf
**Fabiola Thelon**  )
    **Debtor**  )Chapter 13
  )
  )Judge: Erik L. Frank

### ORDER

AND NOW, this ___8th___ day of ___November___, 2019, upon consideration of the Application for Compensation (the "Application") filed by the Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

**IT IS ORDERED** that:

1. The Application is **GRANTED**;

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,000.00**;

3. Expenses are **ALLOWED** in favor of the Applicant on the amount of **$60.00**;

4. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C.§507, 11 U.S.C. §503(b) and 11 U.S.C.§330(a)(4)(B), the allowed compensation set forth in ¶2 of the Application less $2185.00 which was paid by the Debtor prepetition.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**