# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 19-10853-ELF

FABIOLA THELON

269 GRAMERCY DRIVE

CLIFTON HEIGHTS, PA 19018

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FABIOLA THELON

    269 GRAMERCY DRIVE

    CLIFTON HEIGHTS, PA 19018

Counsel for debtor(s), by electronic notice only.

    MICHAEL A SIDDONS
    230 N. MONROE STREET
    P.O. BOX 403
    MEDIA, PA 19063-

Date: 9/13/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee