# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Fabiola Thelon<br><br>　　　　　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Fabiola Thelon<br>　　　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 19-10853 ELF<br><br><br><br><br>11 U.S.C. Sections 362 |

## ORDER

　　　　AND NOW, this  18th  day of     January   , 2022, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　　　**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and that the automatic stay under 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 (as applicable) of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 269 Gramercy Drive, Clifton Heights,, NJ. 19018  ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　**Order entered by default.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ERIC L. FRANK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE