United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-10853-elf

Fabiola Thelon  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Jan 26, 2023  Form ID: pdf900  Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fabiola Thelon, 269 Gramercy Dr., Clifton Heights, PA 19018-1108 |
| 14271437 | + | Comcast, PO Box 173895, Denver, CO 80217-3895 |
| 14271441 | #+ | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14271447 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14313716 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14378639 | + | Toyota Lease Trust, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14330880 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14687547 | + | Upper Darby Township, c/o James R. Wood, Esq., Portnoff Law Associates, Ltd., 2700 Horizon Blvd. Suite 100, King of Prussia, PA 19406-2726 |
| 14687347 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14687346 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14271450 | + | Wells Fargo, PO Box 5119, Sioux Falls, SD 57117-5119 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 27 2023 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2023 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14271434 | + | Email/Text: EBNProcessing@afni.com | Jan 27 2023 00:33:00 | AFNI, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 14303110 | + | Email/Text: g20956@att.com | Jan 27 2023 00:33:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14271435 | | Email/Text: EBNProcessing@afni.com | Jan 27 2023 00:33:00 | Afni, Inc., 404 Brock Drive, P.O. Box 3517, Bloomington, IL 61702-3517 |
| 14292400 | + | Email/Text: documentfiling@lciinc.com | Jan 27 2023 00:33:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14271436 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 00:31:33 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14303782 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2023 00:41:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14303810 | | Email/PDF: bncnotices@becket-lee.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 27 2023 00:41:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14271438 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 27 2023 00:33:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14271439 | | Email/Text: mrdiscen@discover.com | Jan 27 2023 00:33:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14273313 | | Email/Text: mrdiscen@discover.com | Jan 27 2023 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14271440 | + | Email/Text: bknotice@ercbpo.com | Jan 27 2023 00:33:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14271442 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 27 2023 00:33:00 | IC Systems, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14271443 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2023 00:33:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14271444 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2023 00:33:00 | Kohl's, PO box 3115, Milwaukee, WI 53201-3115 |
| 14271445 | | Email/Text: govtaudits@labcorp.com | Jan 27 2023 00:33:00 | Lab Corp, P.O. Box 2230, Burlington, NC 27216 |
| 14271446 | | Email/Text: blegal@phfa.org | Jan 27 2023 00:33:00 | PA Housing Finance Agency, 2101 N Front St., Harrisburg, PA 17110-1086 |
| 14339272 | + | Email/Text: blegal@phfa.org | Jan 27 2023 00:33:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14310653 | + | Email/Text: bncmail@w-legal.com | Jan 27 2023 00:33:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14275621 | + | Email/Text: tdebn@credbankserv.com | Jan 27 2023 00:33:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14283836 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 27 2023 00:33:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14421540 | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2023 00:41:50 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14271449 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 27 2023 00:33:00 | Toyota Motor Credit Company, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14293743 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 27 2023 00:41:42 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14271448 | ##+ | Raymour & Flanigan, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 26, 2023 | Form ID: pdf900 | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL ALAN SIDDONS | on behalf of Debtor Fabiola Thelon msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;casedriverecfg@gmail.com;ecf@casedriver.com;izak@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| FABIOLA THELON, | : | |
| Debtor | : | Bky. No. 19-10853 ELF |

## O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E

**AND NOW,** the Debtor having filed a Motion to Dismiss Chapter 13 Case, <u>see</u> 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

**Date: January 25, 2023**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**